INTERNATIONAL HARVESTER COMPANY OF AMERICA, INC.,
Appellant and Respondent, *v.* JAMES P. WHELAN et al.,
Respondents, and BETHLEHEM STEEL CORPORATION
et al., Respondents and Appellants.

Argued January 4, 1937; decided January 12, 1937.

*Joseph Day Lee* in support of motion to dismiss appeal
of plaintiff and in opposition to motion to dismiss appeal
of defendant-appellant.

*Allen H. Pulsifer* and *Alfred D. Dennison* in support
of motion to dismiss appeal of defendant-appellant and
in opposition to motion to dismiss appeal of plaintiff.

Motion to dismiss appeal by plaintiff granted and appeal
dismissed, with costs and ten dollars costs of motion.

Motion to dismiss appeal by defendant denied, with
ten dollars costs.